**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANTHONY EDMOND,** *et al.,*<br><br>    *Defendants.* | **CRIMINAL ACTION NOS.**<br>**3:26-cr-00006-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is the United States of America's Unopposed Motion for

Continuance [Doc. 19]. On April 15, 2026, the Grand Jury returned a 23 count

Indictment [Doc. 31] charging five Defendants with various firearm-related offenses, as

well as conspiracy to traffic in stolen motor vehicles in violation of various statutes. *See*

[Doc. 1, p. 1 (listing the statutes violated as 21 U.S.C. § 846; 26 U.S.C. § 5861; and 18

U.S.C. §§ 2, 371, 922(a)(6), (g)(1), (d), (o), 924(a)(2), (n), (c), (o))].

Defendant Rafael Enriquez was arrested in Chicago, Illinois, and ordered

detained pending trial. [Doc. 19]. Defendant Enriquez pled not guilty at an arraignment

hearing before Magistrate Judge Weigle for the Middle District of Georgia on May 20,

2026. [Doc. 12]. The government then filed its Unopposed Motion for Continuance on

June 1, 2026. [Doc. 19].

The government requests a continuance to allow for more time for the remaining

four defendants to be arrested, brought to the Middle District of Georgia, and have their

initial appearances/arraignments. [Doc. 19, p. 2]. Defense counsel does not oppose this motion. [*Id.* at p. 2]. Thus, the Court finds that granting the government's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendants and the public in a speedy trial. *See id.* Failure to grant this continuance would deny all counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** the government's Unopposed Motion for Continuance [Doc. 19]. Since "the time for trial has not yet run," and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **August 6, 2026**, and the trial of this matter until **September 21, 2026,** *as to all Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 1st day of June, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**